Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
LEONARD CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00176-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| LEONARD CORREA, | Judge: Honorable Troy Nunley, Judge. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Cameron Desmond, and defendant, Leonard Correa, by and through his counsel, Kresta Nora Daly, that the status conference set for November 2, 2017 be vacated. The parties request a new status conference for January 11, 2018.

The undersigned defense counsel was recently appointed and requires time to familiarize herself with the discovery in this case as well as conduct relevant investigation.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

Dated: October 26, 2017         Respectfully submitted,

BARTH DALY LLP


By    /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for LEONARD CORREA


Dated: October 26, 0217        By    /s/ Kresta Nora Daly for
                                     CAMERON DESMOND
                                     Assistant United States Attorney


## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: The status conference of November 2, 2017 is vacated. A status conference will be reset for January 11, 2018, at 9:30 a.m. The Court finds excludable time through January 11, 2018 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: October 26, 2017

_____
Troy L. Nunley
United States District Judge