1 | Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2 | 431 "I" Street, Suite 201
Sacramento, California 95814
3 | Telephone: (916) 440-8600
Facsimile: (916) 440-9610
4 | Email: kdaly@barth-daly.com

Attorneys for Defendant
LEONARD CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00176-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| LEONARD CORREA, | Judge: Honorable Troy Nunley, Judge. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Cameron Desmond, and defendant, Leonard Correa, by and through his counsel, Kresta Nora Daly, that the status conference set for March 22, 2018 be vacated. The parties request a new status conference for May 3, 2018.

The undersigned defense counsel was recently appointed and requires time to familiarize herself with the discovery in this case as well as conduct relevant investigation.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

STIPULATION AND ORDER -1- [Case No. 2:17-CR-00176-TLN]

Dated: March 19, 2018      Respectfully submitted,

BARTH DALY LLP


By      /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for LEONARD CORREA


Dated: March 19, 2018      By      /s/ Kresta Nora Daly for
    CAMERON DESMOND
    Assistant United States Attorney


## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of March 22, 2018 is vacated. A status conference will be reset for May 3, 2018, at 9:30 a.m.. The Court finds excludable time through May 3, 2018 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: March 20, 2018

    Troy L. Nunley
    United States District Judge