Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
LEONARD CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00176-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| LEONARD CORREA, | Judge: Honorable Troy Nunley, Judge. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Cameron Desmond, and defendant, Leonard Correa, by and through his counsel, Kresta Nora Daly, that the status conference set for June 14, 2018 be vacated. The parties request a new status conference for August 23, 2018.

The undersigned defense counsel requires additional time to familiarize herself with the discovery in this case as well as conduct relevant investigation.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

Dated: June 7, 2018        Respectfully submitted,

                                               BARTH DALY LLP

                                         By    /s/ Kresta Nora Daly
                                             KRESTA NORA DALY
                                             Attorneys for LEONARD CORREA

Dated: June 7, 2018        By    /s/ Kresta Nora Daly for
                                                        CAMERON DESMOND
                                                        Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of June 14, 2018 is vacated. A status conference will be reset for August 23, 2018, at 9: 30 a.m.. The Court finds excludable time through August 23, 2018 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: June 8, 2018

                                                         Troy L. Nunley
                                                         United States District Judge