Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
LEONARD CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00176-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| LEONARD CORREA, | Judge: Honorable Troy Nunley, Judge. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through

its counsel Assistant United States Attorney Cameron Desmond, and defendant, Leonard Correa,

by and through his counsel, Kresta Nora Daly, that the status conference set for January 24, 2019

be vacated.  The parties request a new status conference for March 28, 2019.

The defense requires additional time to conduct investigation and confer with experts.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation

of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and

outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

{00027231}

STIPULATION AND [PROPOSED] ORDER                    -1-                    [Case No. 2:17-CR-00176-TLN]

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

Dated: January 17, 2019    Respectfully submitted,

BARTH DALY LLP

By____/s/ Kresta Nora Daly_____
        KRESTA NORA DALY
        Attorneys for LEONARD CORREA

Dated: January 17, 2019    By____/s/ Kresta Nora Daly for_____
        CAMERON DESMOND
        Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of January 24, 2019 is vacated. The status conference will be reset for

March 28, 2019, at 9:30 a.m.. The Court finds excludable time through March 28, 2019 under

Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for

preparation of counsel. The Court finds that the interests of justice are best served by granting the

request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C.

§ 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: January 22, 2019

_____
Troy L. Nunley
United States District Judge