1    Kresta Nora Daly, SBN 199689
     **BARTH DALY LLP**
2    2810 Fifth Street
     Davis, California 95618
3    Telephone: (916) 440-8600
     Facsimile: (916) 440-9610
4    Email: kdaly@barth-daly.com

5    Attorneys for Defendant
     LEONARD CORREA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 2:17-CR-00176-TLN

12              Plaintiff,
                                            **STIPULATION AND ORDER TO**
13        v.                                **CONTINUE STATUS CONFERENCE**

14   LEONARD CORREA,                         Judge:  Honorable Troy Nunley

15              Defendant.

16

17

18        It is hereby stipulated and agreed to between the United States of America, by and through

19   its counsel Assistant United States Attorney Cameron Desmond, and defendant, Leonard Correa,

20   by and through his counsel, Kresta Nora Daly, that the status conference set for March 28, 2019

21   be vacated.  The parties request a new status conference for May 9, 2019.

22        The defense requires additional time to conduct investigation and confer with experts.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

{00027479}

STIPULATION AND [PROPOSED] ORDER          -1-                    [Case No. 2:17-CR-00176-TLN]

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation

of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and

outweighs the interests of the defendant and the public for a speedy trial.

Dated: February 13, 2019       Respectfully submitted,

BARTH DALY LLP

By    /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for LEONARD CORREA

Dated: February 13, 2019       By    /s/ Kresta Nora Daly for
       CAMERON DESMOND
       Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of March 28, 2019 is vacated. The status conference will be reset for May

9, 2019, at 9:30 a.m. The Court finds excludable time through May 9, 2019 under Title 18,

United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of

counsel. The Court finds that the interests of justice are best served by granting the request and

outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C.

§ 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: February 14, 2019

_____
Troy L. Nunley
United States District Judge