1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  2810 Fifth Street
   Davis, California 95618
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   LEONARD CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00176-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| LEONARD CORREA, | Judge: Honorable Troy Nunley, Judge. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Cameron Desmond, and defendant, Leonard Correa, by and through his counsel, Kresta Nora Daly, that the sentencing set for December 5, 2019 be vacated.  The parties request a new sentencing for February 27, 2020.

Dated: December 3, 2019  Respectfully submitted,

BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for LEONARD CORREA

Dated: December 3, 2019  By  /s/ Kresta Nora Daly for
    CAMERON DESMOND
    Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing of December 5, 2019 is vacated. A sentencing will be reset for February 27, 2020, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: December 3, 2019

Troy L. Nunley
United States District Judge