Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
LEONARD CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LEONARD CORREA,<br><br>            Defendant. | Case No. 2:17-CR-176-TLN<br><br>**STIPULATED REVISED DISCLOSURE SCHEDULE AND ORDER**<br><br>Judge: Honorable Troy L. Nunley. |

## STIPULATION

1. A previous disclosure schedule was issued May 9, 2019.  Dkt 34.

2. By this stipulation, the parties now seek to amend the disclosure schedule as follows:

| | |
|---|---|
| Sentencing Date: | November 12, 2020 |
| Reply or Statement of Non-Opposition: | November 5, 2020 |
| Motion for Correction of the PreSentence Report: | October 29, 2020 |
| Final PreSentence Report Disclosed to Counsel: | October 22, 2020 |
| Counsel's Informal Written Objections: | October 15, 2020 |

//
//
//
//

Dated: October 7, 2020.                    Respectfully submitted,

                                  By   /s/ Kresta Nora Daly for
                                       CAMERON DESMOND
                                       ASSISTANT UNITED STATES ATTORNEY


Dated: October 7, 2020.                    BARTH DALY LLP

                                  By   /s/ Kresta Nora Daly
                                       KRESTA NORA DALY
                                       Attorneys for LEONARD CORREA

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

| | |
|---|---|
| Sentencing Date: | November 12, 2020 |
| Reply or Statement of Non-Opposition: | November 5, 2020 |
| Motion for Correction of the PreSentence Report: | October 29, 2020 |
| Final PreSentence Report Disclosed to Counsel: | October 22, 2020 |
| Counsel's Informal Written Objections: | October 15, 2020 |

**IT IS SO ORDERED.**

Dated:  October 7, 2020

_____
Troy L. Nunley
United States District Judge