UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>LEONARD CORREA,<br><br>                Defendant. | CASE NO.  2:17-CR-00176-TLN<br><br>**ORDER** |

    This matter is before the Court pursuant to the Government's Motion for Disclosure.  (ECF No. 61.)  No opposition has been filed.  Having reviewed the Government's argument, the Court GRANTS the motion.  (ECF No. 61.)  It is HEREBY ORDERED that United States Probation shall, upon request, provide to the parties copies of court records supporting the convictions summarized in the final Presentence Report.

DATED:  November 5, 2020

                                                                                                               Troy L. Nunley<br>
                                                                                                               United States District Judge